# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 19-1285V
UNPUBLISHED

| | |
|---|---|
| BRENDA TATRO, *as administrator for the Estate of Sally J. Silver*,<br><br>　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: January 24, 2022<br><br>Special Processing Unit (SPU); Damages Decision Based on Proffer; Influenza (Flu) Vaccine; Shoulder Injury Related to Vaccine Administration (SIRVA) |

*Christine Smith*, Law Office of Christine M. Smith, R.N., MSN, Manchester, N.H., for Petitioner.

*Wei Kit Tai*, U.S. Department of Justice, Washington, DC, for Respondent.

**DECISION AWARDING DAMAGES**[1]

On August 27, 2019, Sally J. Silver,[2] filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[3] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccine she received on September 14, 2017. Petition at ¶¶ 2, 4. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 28, 2021, a ruling on entitlement was issued, finding Petitioner entitled to compensation for her SIRVA injury. On January 21, 2022, Respondent filed a

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] Brenda Tatro was substituted for Petitioner after her death. *See* ECF No. 22 and ECF No. 42.

[3] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $90,000.00 in past pain and suffering. Proffer at I(A). In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $90,000.00 in the form of a check payable to The Estate of Sally J. Silver, Brenda Tatro, Administrator.** This amount represents compensation for all damages that would be available under Section 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[4]

**IT IS SO ORDERED.**

>                              s/Brian H. Corcoran
>                              Brian H. Corcoran
>                              Chief Special Master

---

[4] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# OFFICE OF SPECIAL MASTERS

|  |  |
|---|---|
| The Estate of Sally J. Silver, ) <br> Brenda Tatro, Administrator, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SECRETARY OF HEALTH ) <br> AND HUMAN SERVICES, ) <br> ) <br> Respondent. ) | No. 19-1285V <br> Chief Special Master Corcoran <br> ECF |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On August 27, 2019, Sally J. Silver filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), alleging that she suffered a Shoulder Injury Related to Vaccine Administration ("SIRVA"), as defined in the Vaccine Injury Table, following administration of an influenza ("flu") vaccine she received on September 14, 2017.[1]

On September 27, 2021, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act for a SIRVA Table injury. ECF No. 29. On September 28, 2021, the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF No. 30.

---

[1] Ms. Silver died on March 5, 2020. *See* Death Certificate, ECF No. 21. Thereafter, petitioner was substituted as the legal representative of petitioner's estate.

I.   **Items of Compensation**

A.   Pain and Suffering

Respondent proffers that petitioner should be awarded $90,000.00 in past pain and suffering.  *See* 42 U.S.C. § 300aa-15(a)(4).

This amount represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

II.   **Form of the Award**

Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment of **$90,000.00**, in the form of a check made payable to The Estate of Sally J. Silver, Brenda Tatro, Administrator.[2]  Petitioner agrees.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

ALEXIS B. BABCOCK
Assistant Director
Torts Branch, Civil Division

---

[2] Should petitioner die prior to the entry of judgment, the parties reserve the right to move the Court for appropriate relief.

                                                    <u>s/ Wei Kit (Ricky) Tai</u>
                                                    WEI KIT (RICKY) TAI
                                                    Trial Attorney
                                                    Torts Branch, Civil Division
                                                    U.S. Department of Justice
                                                    P.O. Box 146
                                                    Ben Franklin Station
                                                    Washington, D.C. 20044-0146
                                                    Direct dial: (202) 598-7705
                                                    Wei.Tai@usdoj.gov

Dated:  January 21, 2022